FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 13 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA,

vs.

JARIN J. STORRS
Name

1120 Finnegan Way, Apt. 6
Street Address

Bellingham, WA
City and State

File No. CR-13-168-FVS

(206) 450-7573
Telephone Number

## PRE-TRIAL DIVERSION AGREEMENT

It appearing that you have committed an offense against the United States at sometime between on or about July 19, 2013, and on or about August 12, 2013, in violation of 18 U.S.C. § 641 (over $1,000), in that you stole a "Smokey Bear" costume belonging to the United States Forest Service, and upon your accepting responsibility for this act, and it further appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure, therefore,

On the authority of the Attorney General of the United States, Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of

Pretrial Diversion Agreement – Jarin J. Storrs - 1

Washington, prosecution in the Eastern District of Washington for this offense shall be deferred for a period of 12 months, *supervised* by the United States Probation Office, from the date of the signing of this agreement, provided you abide by the following conditions and the requirements of the Pre-Trial Diversion Program ("Program") set out below.

Should you violate the conditions of this Program, the United States Attorney may revoke or modify any conditions of this Program or change the period of supervision, which shall in no case exceed 36 months. The United States Attorney may release you from the supervision of the Program at any time. The United States Attorney may, at any time within the period of your supervision, initiate prosecution for this offense should you violate the conditions of this Program and will furnish you with notice specifying the conditions of your Program, which you have violated.

If, upon completion of your Program, a Pre-Trial Diversion Report is received to the effect that you have complied with all the rules, regulations and conditions of this Program, no prosecution for the above-described offense or any other offense stemming from this incident will be instituted in this District.

Neither this Agreement nor any other document filed with the United States Attorney as a result of your participation in the Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

**PRE-TRIAL DIVERSION PROGRAM CONDITIONS**

1. You shall not violate any law (federal, state and local). You shall immediately contact your Program supervisor if arrested and/or questioned by any law enforcement officer.

Pretrial Diversion Agreement – Jarin J. Storrs - 2

2. You shall attend school or work regularly at a lawful occupation. You shall immediately notify your Program supervisor if your status at school or at your place of employment changes. You shall advise your Program supervisor about any job or school changes.

3. You shall continue to live in the Western District of Washington. If you intend to move out of that District, you shall inform your Program supervisor so that the appropriate transfer of Program responsibility can be made.

4. You shall report to your Program supervisor as directed and keep him or her informed of your whereabouts.

5. You shall pay costs in the amount of $500.00 to the United States Attorney's Office by December 31, 2013. These costs must be paid from your own funds and may not be provided to you by another person, such as a parent.

6. You shall testify truthfully and completely about all the facts and circumstances surrounding the theft of items from the United States government in any future proceedings related to this case involving John Harrison Ray Andrews.

7. You shall attend and provide complete and truthful information in a debriefing regarding this incident at the United States Attorney's Office for the Eastern District of Washington, at the direction of that Office.

8. You shall complete 80 hours of community service with a non-profit organization by December 31, 2013 and provide proof of completion of those hours to your Program supervisor in a timely manner. The proof submitted must be signed by a leader / manager of the non-profit organization and have the name and telephone number of that individual clearly displayed on the document.

Jarin J. Storrs asserts and certifies that she is aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. She is also aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for

Pretrial Diversion Agreement – Jarin J. Storrs - 3

unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. She hereby requests that the United States Attorney for the Eastern District of Washington defer any prosecution of her for violation of 18 U.S.C. § 641 for a period of 12 months, and to induce him to defer such prosecution, she agrees and consents that any delay from the date of this agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at her request and she waives any defense to such prosecution on the ground that such delay operated to deny her rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of 12 months, which is the period of this agreement.

    I hereby state that the above has been read by me. I understand the conditions of my Pre-Trial Diversion Program and agree that I will comply with them.

_____     12/13/13
JARIN J. STORRS                 DATE

_____     12/13/13
John B. McEntire IV           DATE
Defendant's Attorney

_____     12/13/13
Caitlin Baunsgard             DATE
Assistant United States Attorney

Pretrial Diversion Agreement – Jarin J. Storrs - 4

APPROVED without passing judgment on the merits or wisdom of this diversion.

_____          December 13, 2013
United States District Court Judge          DATE